FILED
CLERK, U.S. DISTRICT COURT

MAY 2 1 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> PLAINTIFF <br><br> v. <br><br> Stephen Sok <br><br> DEFENDANT(S). | CASE NUMBER <br><br> 8:CR-10-229 <br><br> **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of ___deft___ , IT IS ORDERED that a detention hearing
is set for ___Friday___ , ___5/23/14___ , at ~~10:00~~ 10:30 ☒a.m. / ☐p.m. before the
Honorable ___Ralph Zarefsky___ , in Courtroom ___540 - Roybal___ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
_____
*(Other custodial officer)*

Dated: ___5/21/14___

_____
U.S. District Judge/Magistrate Judge